1  CROWELL & MORING LLP
   Jennifer S. Romano (CSB No. 195953, jromano@crowell.com)
2  515 South Flower St., 40th Floor
   Los Angeles, CA  90071
3  Telephone: 213.622.4750
   Facsimile: 213.622.2690
4
   CROWELL & MORING LLP
5  Steve Allison (CSB No. 174491, sallison@crowell.com)
   3 Park Plaza, 20th Floor
6  Irvine, CA  92614-8505
   Telephone: 949.263.8400
7  Facsimile: 949.263.8414

8  CROWELL & MORING LLP
   David D. Johnson (CSB No. 204458, davidjohnson@crowell.com)
9  Andrew J. Paulson (CSB No. 267095, apaulson@crowell.com)
   275 Battery Street, 23rd Floor
10 San Francisco, CA 94111
   Telephone: 415.986.2800
11 Facsimile: 415.986.2827

12 Attorneys for Defendant
   UNITED HEALTHCARE SERVICES, INC.
13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15

16 IV SOLUTIONS, INC., a California          Case No. 2:12-cv-04887-GAF-MRW
   corporation,
17                                           [First Amended Complaint Filed: July
                 Plaintiff,                  23, 2012]
18
           v.
19                                           **ORDER GRANTING STIPULATED**
   UNITED HEALTHCARE                         **PROTECTIVE ORDER**
20 SERVICES, INC., a California
   corporation; AT&T
21 COMMUNICATIONS OF
   CALIFORNIA, a California
22 corporation; TIME WARNER, INC.,
   a Delaware Corporation; SBC
23 GLOBAL SERVICES, INC., a
   Delaware Corporation; and DOES 1
24 through 50, inclusive,

25               Defendants.

26 UNITED HEALTHCARE
   SERVICES, INC., a Minnesota
27 corporation,

28               Counter-plaintiff

CROWELL
& MORING LLP
ATTORNEYS AT LAW                             -1-          [PROPOSED] ORDER GRANTING STIPULATED
                                                          PROTECTIVE ORDER;
                                                          CASE NO. 2:12-CV-04887-GAF-MRW

1    v.

2    IV SOLUTIONS, INC., a California
     corporation,
3

4                    Counter-defendant

5                            **ORDER**

6        Upon consideration of the Proposed Protective Order submitted by the

7    PARTIES, and good cause appearing therefore,

8        **IT IS HEREBY ORDERED**, that the Protective Order is entered as an

9    Order of the Court. **NOTE CHANGE MADE BY COURT:**  Any motion

10   regarding confidentiality challenges filed pursuant to Paragraph 11 must comply in

11   full with the joint filing requirements of Local Rule 37.

12

13   DATED:  November 25, 2013

     _____
14   HONORABLE MICHAEL R. WILNER
     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATED
PROTECTIVE ORDER;
CASE NO. 2:12-CV-04887-GAF-MRW