CROWELL & MORING LLP
Jennifer S. Romano (CSB No. 195953, jromano@crowell.com)
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Steven D. Allison (CSB No. 174491, sallison@crowell.com)
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

David D. Johnson (CSB No. 204458, davidjohnson@crowell.com)
Andrew J. Paulson (CSB No. 267095, apaulson@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant
UNITED HEALTHCARE SERVICES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IV SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE SERVICES, INC., a California corporation; AT&T COMMUNICATIONS OF CALIFORNIA, a California corporation; TIME WARNER, INC., a Delaware Corporation; SBC GLOBAL SERVICES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:12-cv-04887-GAF-MRW<br><br>[First Am. Complaint Filed: July 23, 2012]<br><br>[Sec. Am. Counterclaim Filed: May 3, 2013]<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DISCOVERY [Local Rule 37-2.2]**<br><br>Date:    February 19, 2014<br>Time:    9:30 a.m.<br>Judge:   Hon. Michael R. Wilner<br>Room:    H – 9th Floor<br><br>Discovery cutoff: April 7, 2014<br>Pretrial conference: May 19, 2014<br>Trial: June 24, 2014 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

DEF.'S NOTICE OF MOTION & MOT. TO COMPEL PL.'S RESPS. TO DISC.; CASE NO. 2:12-CV-04887-GAF-MRW

LAACTIVE-601423032.1

| | |
|---|---|
| 1 | UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation, |
| 2 | |
| 3 | Counterclaimant |
| | v. |
| 4 | IV SOLUTIONS, INC., a California corporation, |
| 5 | |
| 6 | Counterdefendant |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on February 19, 2014 at 9:30 a.m. or as soon thereafter as counsel may be heard, in Courtroom H-9th Floor of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California defendant United Healthcare Services, Inc. ("United") will and hereby does move this Court, pursuant to Rules 7 and 37 of the Federal Rules of Civil Procedure, for an order compelling Plaintiff to provide further responses to United Healthcare Services, Inc.'s Interrogatories to IV Solutions, Inc. – Set One, Revised ("Interrogatories") and Request for Production of Documents to IV Solutions, Inc. – Set One (Request for Production of Documents).

This Motion is made pursuant to Local Rule 37-1 and 37-2. Pursuant to Local Rule 37-2.4, the declaration of David D. Johnson, which accompanies this Motion, establishes that this Motion is being made following IVS's failure to meet and confer, and failure to provide the opposing party's portion of the Joint Stipulation.

This Motion is based on this Notice of Motion and Motion, the attached Joint Stipulation regarding Defendant's Motion to Compel Further Plaintiffs' Responses to Discovery, the attached Declaration of David D. Johnson, the pleadings and files in this action, and on such further and additional points and authorities and evidence as may be presented prior to or at the time of the hearing.

Dated:      January 28, 2014      CROWELL & MORING LLP

/s/ David D. Johnson

Attorneys for Defendants
UNITED HEALTHCARE SERVICES, INC.

# PROOF OF SERVICE

I, Sharan Devoto, state:

My business address is 275 Battery Street, 23rd Floor, San Francisco, CA 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DISCOVERY [Local Rule 37-2.2]**

on the following person(s) in this action:

**Kelly Hagemann**
**Andrew H. Selesnick**
**Kevin R. Warren**
**Michelman & Robinson LLP**
**15760 Ventura Boulevard, 5th Floor**
**Encino, CA  91436**
**Telephone: (818) 783-5530**
**Fax: (818) 783-5507**
**khagemann@mrllp.com**
**aselesnick@mrllp.com**
**kwarren@mrllp.com**
**Counsel for Plaintiff**
**IV Solutions Inc.**

**Counsel for Plaintiff IV Solutions, Inc.**

☐ BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

1     ☒     <u>BY ELECTRONIC MAIL</u>: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 28, 2014, at San Francisco, California.

/s/Sharan Devoto
Sharan Devoto

LAACTIVE-601271789.1