CROWELL & MORING LLP
Jennifer S. Romano (CSB No. 195953, jromano@crowell.com)
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

Steven D. Allison (CSB No. 174491, sallison@crowell.com)
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

David D. Johnson (CSB No. 204458, davidjohnson@crowell.com)
Andrew J. Paulson (CSB No. 267095, apaulson@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant
UNITED HEALTHCARE SERVICES, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IV SOLUTIONS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED HEALTHCARE SERVICES, INC., a California corporation; AT&T COMMUNICATIONS OF CALIFORNIA, a California corporation; TIME WARNER, INC., a Delaware Corporation; SBC GLOBAL SERVICES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:12-cv-04887-GAF-MRW<br><br>[First Am. Complaint Filed: July 23, 2012]<br><br>[Sec. Am. Counterclaim Filed: May 3, 2013]<br><br>**DECLARATION OF DAVID D. JOHNSON IN SUPPORT OF UNITED HEALTHCARE SERVICES, INC.'S PORTION OF JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DISCOVERY**<br><br>Date:　　February 19, 2014<br>Time:　　9:30 a.m.<br>Judge:　 Hon. Michael R. Wilner<br>Room:　 H – 9th Floor |

CROWELL & MORING LLP
ATTORNEYS AT LAW

DECL. OF D. JOHNSON ISO UNITED'S PORTION OF
JT. STIP. RE. DEFENDANT'S MOTION TO COMPEL
CASE NO. 2:12-CV-04887-GAF-MRW

LAACTIVE-601415901.3

| | |
|---|---|
| 1 | |
| 2 | UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation, |
| 3 | |
| 4 | Counterclaimant, |
| | v. |
| 5 | IV SOLUTIONS, INC., a California corporation, |
| 6 | |
| 7 | Counterdefendant. |

CROWELL & MORING LLP
ATTORNEYS AT LAW

DECL. OF D. JOHNSON ISO UNITED'S PORTION OF
JT. STIP. RE. DEFENDANT'S MOTION TO COMPEL
CASE NO. 2:12-CV-04887-GAF-MRW

LAACTIVE-601415901.3

## DECLARATION OF DAVID D. JOHNSON

I, David D. Johnson, hereby declare as follows:

1. I am an attorney with Crowell & Moring LLP, counsel of record for Defendant and Counterclaimant United Healthcare Services, Inc. ("United") in this matter. I am one of the attorneys principally responsible for the representation of United. I have personal knowledge of all facts stated in this declaration and if called as a witness, could and would competently testify thereto.

2. On September 26, 2013, United served its Request for Production of Documents to IV Solutions, Inc. – Set One (the "Document Requests"). On November 15, 2013, IVS served its responses. On October 15, 2013, United served its Interrogatories to Plaintiff IV Solutions, Inc., Set One (Revised) (the "Interrogatories"). On December 2, 2013, IVS served its responses.

3. On December 23, 2013, after reviewing IVS's responses to the Interrogatories and Document Requests, I sent a letter via email and first class mail to Kelly M. Haggemann at Michelmann & Robinson, LLP, counsel for IVS outlining deficiencies in IVS's responses. A true and correct copy of this letter and the email transmittal are attached hereto as Exhibit A. In this letter, I requested that counsel for IVS meet and confer with me regarding the deficiencies, as required by Local Rule 37-1. Counsel for IVS has to date failed to contact me in order to conduct this conference.

4. Attached hereto as Exhibit B is a true and correct copy of the Second Amended Accusation, *In re IV Solutions, Inc.*, Case No. 3606 (Jan. 17, 2013, Cal. Bd. of Pharm.), which was obtained by counsel for United from the California Board of Pharmacy's website at Ca.gov, Department of Consumer Affairs, Board of Pharmacy, Accusations File Cases Pending, http://www.pharmacy.ca.gov/enforcement/accusations/ac093606.pdf (visited Nov. 1, 2013).

5. Attached hereto as Exhibit C is a true and correct copy of IVS' First

1  Amended Complaint for Damages and Other Relief.

2       6.    Attached hereto as Exhibit D is a true and correct copy of United Healthcare Services, Inc.'s Second Amended Counterclaim for Unfair Business Practices, Intentional Misrepresentation, Negligent Misrepresentation, and Unjust Enrichment.

6       8.    On January 14, 2014, I sent *via* email to counsel for IVS Kelly Hagemann, Andrew Selesnick and Kevin Warren at Michelmann & Robinson, LLP the Joint Stipulation Regarding Defendant's Motion to Compel Plaintiff's Responses to Discovery ("Joint Stipulation") that contained United's portion of the joint stipulation, as required under Local Rule 37-1 and 37-2 as well as a supporting draft declaration and exhibits. In my email, I requested that IVS's counsel provide any responses by IVS to this stipulation to me within seven (7) days. To date, counsel for IVS has failed to provide any responsive material. A true and correct copy of my email and the attached stipulation, draft declaration and exhibits are attached hereto as Exhibit E.

16      9.    Attached hereto as Exhibit F is a true and correct copy of the current case management order for this case, which was entered on July 24, 2013, entitled Order Granting Stipulation to Continue Trial and Pretrial Dates and Extend IVS Solution, Inc.'s Deadline to Respond to Second Amended Counterclaim.

I declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this 28th of January 2014, at San Francisco, California.

/s/ David D. Johnson
_____
David D. Johnson

# PROOF OF SERVICE

I, Sharan Devoto, state:

My business address is 275 Battery Street, 23rd Floor, San Francisco, CA 94111. I am over the age of eighteen years and not a party to this action.

On the date set forth below, I served the foregoing document(s) described as:

**DECLARATION OF DAVID D. JOHNSON IN SUPPORT OF UNITED HEALTHCARE SERVICES, INC.'S PORTION OF JOINT STIPULATION REGARDING DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S RESPONSES TO DISCOVERY**

on the following person(s) in this action:

**Kelly Hagemann**  
**Andrew H. Selesnick**  
**Kevin R. Warren**  
**Michelman & Robinson LLP**  
15760 Ventura Boulevard, 5th Floor  
Encino, CA 91436  
Telephone: (818) 783-5530  
Fax: (818) 783-5507  
khagemann@mrllp.com  
aselesnick@mrllp.com  
kwarren@mrllp.com  
**Counsel for Plaintiff**  
**IV Solutions Inc.**

**Counsel for Plaintiff IV Solutions, Inc.**

☐  BY FIRST CLASS MAIL: I am employed in the City and County of San Francisco where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

-1-

PROOF OF SERVICE; CASE NO. 2:12-CV-04887-GAF-MRW

☒ BY ELECTRONIC MAIL: Based on a court order or an agreement of the parties to accept service by electronic mail, I caused the document(s) identified above to be transmitted electronically to the person(s) at the e-mail address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on January 28, 2014, at San Francisco, California.

/s/Sharan Devoto
Sharan Devoto

LAACTIVE-601271789.1