LINKS:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-4887 GAF (MRWx) | Date | December 5, 2014 |
|---|---|---|---|
| Title | IV Solutions Inc v. United Healthcare Services Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers)**

### ORDER RE: CONSENT TO MAGISTRATE JUDGE

The Court has received the parties' signed consent to Magistrate Judge Jay C. Gandhi for all further proceedings in the case. Although the Court urged the parties to consider such consent and indicated that Judge Gandhi would be a likely candidate to take the matter, issues regarding the parties' proposed trial date and possible conflicts of interest have arisen that preclude the reassignment. Accordingly, the Court cannot approve the consent signed by the parties on December 3, 2014.

If the parties wish to consent to a different Magistrate Judge, they should inform the Court by the close of business on December 8, 2014. Otherwise the case will be returned to the wheel for reassignment to a District Judge.

**IT IS SO ORDERED.**